UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

BENZION HARNIK
2 NEW YORK AVE
LAKEWOOD NJ 08701

In Re:
*[Enter the debtor's name(s)]*

BENZION HARNIK

Case No.: __18-24528-CMG__
*[Enter the case number]*

Chapter: __13__
*[Enter the chapter; example: 13]*

Judge: __Gravelle__
*[Enter the Judge's last name]*

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, *[Enter the debtor's name]* __BENZION HARNIK__, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on: *[Enter the date you filed your petition]* __07/20/2018__.

2. When I filed my petition, I did not file all the documents required to be filed under chapter *[Enter the chapter under which you filed your bankruptcy case, i.e., chapter 7]* __13__ of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed*. According to the *Notice*, I must file the balance of my schedules by *[Enter the date by which the balance of your schedules must be filed]* __08/03/2018__.

4. I ☒ have, ☐ have not previously sought to extend the time within which the balance of my schedules must be filed.

5. I am unable to file the balance of my schedules by the above date because: *[Enter the reason you are unable to file the balance of your schedules at this time]* _____

I need to hire a lawyer and I have not found one yet _____

_____

_____

I certify under penalty of perjury that the foregoing statements are true.

Date: ___07/26/2018___       _____B Hook_____
                              Signature of Debtor


Date: _____        _____
                              Signature of Joint Debtor (if any)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

BENZION HARNIK
2 NEW YORK AVE
LAKEWOOD NJ 08701

In Re:
*[Enter the debtor's name(s)]*

BENZION HARNIK

Case No.: __18-24528-CMG__
*[Enter the case number]*

Chapter: __13__
*[Enter the chapter of the case]*

Judge: __Gravelle__
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, *[Enter your name]* __BENZION HARNIK__ am the *[Enter your relationship to the case. For example, debtor, debtor's attorney]* __DEBTOR__ in this case.

2. On *[Enter the date you served the documents]* __07/26/2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
*[Pace a check next to each document you served]*

   ☒ Application to Extend Time to File Missing Documents

   ☐ Proposed Order Extending Time to File Missing Documents

   ☐ Other _____
   *[Specify the additional document(s) served]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: __07/26/2018__
*[Enter the date you signed this document]*

Signature: B Hark
*[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>DITECH<br>C/O<br>PHELLAN HALLINAN<br>400 FELLOWSHIP ROAD<br>MT LAUREL 08054 | *[Enter the party's relationship to the case]*<br><br>ATTORNEY FOR CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>TD BANK<br>CO<br>RYAN A GOWER ESQUIRE<br>30 S 17 ST<br>PHILADELPHIA PA 19093 | *[Enter the party's relationship to the case]*<br><br>ATTORNEY FOR CREDITOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

BENZION HARNIK
2 NEW YORK AVE
LAKEWOOD NJ 08701

In Re:
*[Enter the debtor's name(s)]*

BENZION HARNIK

Case No.: __18-24528-CMG__
*[Enter the case number]*

Chapter: __13__
*[Enter the case number]*

Judge: __Gravelle__
*[Enter the Judge's last name]*

## ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ___08/21/2018___. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

BENZION HARNIK
2 NEW YORK AVE
LAKEWOOD NJ 08701

In Re:
*[Enter the debtor's name(s)]*

BENZION HARNIK

Case No.:     18-24528-CMG
*[Enter the case number]*

Chapter:    13
*[Enter the case number]*

Judge:    Gravelle
*[Enter the Judge's last name]*

# ORDER CONCERNING APPLICATION TO
# EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ___08/21/2018___. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*